GILBERT R. GEILIM, ESQ., SBN: 117508
GILBERT R. GEILIM, A PROFESSIONAL LAW CORP.
4929 Wilshire Blvd., Suite 825
Los Angeles, CA 90010
Telephone:    (323) 937-5555
Facsimile:    (323) 937-4551

Attorney for Defendant,
KAREN BREDICE

FILED

AUG 2 2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN BREDICE,<br><br>Defendant. | Case Number: CR S-03-148 GEB<br><br>**STIPULATION FOR ORDER (1) ISSUING SUBPOENA *DUCES TECUM* UNDER RULE 17(c) TO S.A.B. MEDICAL GROUP, INC. AND FRANK BREDICE, D.C.; (2) DIRECTING THAT PRODUCTION BE MADE PRIOR TO TRIAL DATE; ORDER**<br><br>Date: _____, 2005<br>Time:<br>Dept.: Courtroom 10<br><br>HONORABLE JUDGE GARLAND E. BURRELL, JR. |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD AND TO THE ABOVE-ENTITLED COURT:

PLAINTIFF AND DEFENDANT HEREBY STIPULATE AND AGREE, after reviewing the *EX PARTE* APPLICATION BY DEFENDANT KAREN BREDICE FOR ORDER (1) ISSUING SUBPOENA *DUCES TECUM* UNDER RULE 17(c) TO S.A.B. MEDICAL GROUP, INC. AND FRANK BREDICE, D.C.; (2) DIRECTING THAT PRODUCTION BE MADE PRIOR TO TRIAL DATE; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF COUNSEL; [PROPOSED] ORDER filed by Defendant Karen Bredice, that a subpoena *duces tecum* under Rule 17(c) should be directed to S.A.B. Medical Group, Inc. and Frank Bredice, D.C. for the production the complete patient files of S.A.B. Medical Group, Inc. for the period of January 1998 through September

1  2000, including all billings statements and fee slips, for inspection by both the prosecution and the
2  defense in this matter.

3  Dated: August ____, 2005

Respectfully Submitted,
**GILBERT R. GEILIM.**
**A PROFESSIONAL LAW CORP.**

/s/

BY: GILBERT R. GEILIM, ESQ.,
Attorney for Defendant,
KAREN BREDICE

DATED: August ____, 2005

**U. S. ATTRONEY'S OFFICE**

/s/

BY: DANIEL S. LINHARDT,
Assistant United States Attorney

Based on the parties' Stipulation filed August 12, 2005, and consistent with Defendant's proposed Order concerning the subject documents, S.A.B. Medical Group, Inc., and Frank Bredice, D.C., are to provide the subject documents to Cathleen A. Connolly, Special Agent, Federal Bureau of Investigation, 11000 Wilshire Blvd., Suite 1700, Los Angeles, CA 90024, no later than September 23, 2005.

IT IS SO ORDERED.

DATED: August 18, 2005

GARLAND E. BURRELL, JR.
United States District Judge

---

9

APPLICATION BY DEFENDANT KAREN BREDICE FOR ORDER ISSUING SUBPOENA *DUCES TECUM* UNDER RULE 17(c) TO S.A.B. MEDICAL GROUP, INC. AND FRANK BREDICE, D.C.