GILBERT R. GEILIM, ESQ.-SBN 117508
**GILBERT R. GEILIM, A PROFESSIONAL LAW CORPORATION**
4929 Wilshire Blvd., Suite 825
Los Angeles, California 90010
(323) 937-5555

Attorney for Defendant
KAREN BREDICE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,   )   Case No. CR S-03-148 GEB
CALIFORNIA,                 )
                            )   STIPULATION TO CONTINUE
          Plaintiff,        )   STATUS CONFERENCE
                            )
     V.                     )
                            )
KAREN BREDICE,              )
                            )
          Defendant.        )
_____)
```

    IT IS HEREBY STIPULATED AND AGREED, by and Gilbert R. Geilim, Esq., counsel for KAREN BREDICE and McGregor W. Scott, United States Attorney, and Dan Lindhardt, Assistant United States Attorney, counsel for the United States of America, that Status Conference in the above-captioned matter set for Friday, September 23, 2005, at the hour of 9:00 A.M., be vacated and continued to Friday, November 18, 2005, or a date that is convenient to the court.

    This Stipulation is entered into for the following reasons:

    1.   Further time for investigation in needed.

    2.   I have spoken to Assistant United States Attorney, Dan Lindhardt, who has agreed to the continuance of this

```
 1  Status Conference.
 2                                        /s/
    Dated:  9-15-05     _____
 3                      Gilbert R. Geilim, Esq.
                        Counsel for Defendant BREDICE
 4
                                          /s/
 5  Dated:  9-15-05     _____
                        Dan Lindhardt,
 6                      Assitant United States Attorney
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

STIPULATION TO CONTINUE STATUS CONFERENCE

-2-

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, | Case No. CR S-03-148 GEB |
| | ORDER |
| Plaintiff, | |
| V. | |
| KAREN BREDICE, | |
| Defendant. | |

    Based upon this pending Stipulation of Counsel, and good cause appearing therefore,

    IT IS HEREBY ORDERED that the Status Conference currently scheduled for Friday, September 23, 2005, at the hour of 9:00 A.M. is hereby vacated and continued to Friday, November 18, 2005, at the hour of 9:00 a.m. in Courtroom 10,

DATED:  September 16, 2005                  /s/ Garland E. Burrell, Jr.
                                                   GARLAND E. BURRELL, JR.
                                                   United States District Judge

STIPULATION TO CONTINUE STATUS CONFERENCE

-3-