McGREGOR W. SCOTT
United States Attorney
DANIEL S. LINHARDT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff ) </br> ) </br> v. ) </br> ) </br> KAREN BREDICE ) </br> ) </br> Defendant. ) </br> _____) | CR.S-03-148 GEB </br></br> STIPULATION AND PROPOSED ORDER |

It is hereby stipulated by and between the United States of America, represented by Daniel S. Linhardt, and defendant Karen Bredice, represented by Gilbert Geilim that the status conference originally set for January 20, 2006, shall be continued to February 3, 2006, and the reason that the stipulation is necessary is in order for the defense counsel to review some offers that it recently received from the government.  Counsel for the defendant has to evaluate these offers, review certain factual matters and discuss the matter with his client in order to determine how best to proceed in this case.  It is stipulated between both counsel that the time between January 20, 2006, and February 3, 2006, be excluded from the provisions of the Speedy Trial Act pursuant to Local Code T4.

1 | Counsel for the defendant, and the defendant herself, were
2 | present in Sacramento on January 20, 2006, but due to a delay in the
3 | plane they were in arriving from Los Angeles, they did not make it
4 | to court on time.  Defense counsel and the defendant did, however,
5 | meet with the Assistant United States Attorney prosecuting the case
6 | in the courthouse on January 20, 2006.

DATED:  February 1, 2006            McGREGOR W. SCOTT
                                    United States Attorney

                               By:  /s/ Daniel S. Linhardt
                                    DANIEL S. LINHARDT
                                    Assistant U.S. Attorney


DATED: January 27, 2006             /s/ Gilbert Geilim
                                    GILBERT GEILIM
                                    Attorney for Defendant




**IT IS SO ORDERED.**

Dated:  February 1, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2