GILBERT R. GEILIM, ESQ., SBN: 117508
GILBERT R. GEILIM, A PROFESSIONAL LAW CORP.
4929 Wilshire Blvd., Suite 825
Los Angeles, CA 90010
Telephone:   (323) 937-5555
Facsimile:    (323) 937-4551

Attorney for Defendant,
KAREN BREDICE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: CR S-03-148 GEB |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| KAREN BREDICE, | HONORABLE JUDGE GARLAND E. BURRELL, JR. |
| Defendant. | |

Based upon this pending Stipulation of Counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, February 24, 2006, at the hour of 9:00 a.m. is hereby vacated and continued to Friday, March 24, 2006 at the hour of 9:00 a.m. in Courtroom 10.

DATED: March 13, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

1
[PROPOSED] ORDER CONTINUING STATUS CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER CONTINUING STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com