IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>   v.<br><br>KAREN BREDICE,<br><br>                Defendant. | 2:03-cr-148-GEB<br><br>ORDER |

      A status hearing was held March 24, 2006, but defense counsel, Gilbert Geilim, failed to appear.  During the hearing, the government indicated Mr. Geilim did not appear because he was busy handling another matter or matters.  It is highly unusual and discourteous for a criminal defense counsel to fail to appear at a duly scheduled status conference.  A further status hearing is scheduled to commence at 9:00 a.m. on April 28, 2006.

      IT IS SO ORDERED.

Dated:  March 24, 2006

                                  /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge