
1 | LAWRENCE G. BROWN
2 | Acting United States Attorney
  | JOHN K. VINCENT
3 | Assistant U.S. Attorney
  | 501 I Street, Suite 10-100
  | Sacramento, California  95814
4 | Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. Cr.-S-03-148-GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | GOVERNMENT'S MOTION TO DISMISS INDICTMENT; ORDER THEREON |
| KAREN BREDICE, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure and an Agreement for Deferred Prosecution, the United States hereby moves the Court, in the interest of justice, for an order dismissing the indictment in this case against defendant KAREN BREDICE since defendant BREDICE has

///
///
///
///
///
///
///
///

1

satisfactorily completed an eighteen-month diversion program. (See Attachment A - letter from U.S. Pretrial Services Officer Steven J. Sheehan)

DATED: July 13, 2009

                                  LAWRENCE G. BROWN
                                  Acting United States Attorney

                                By, /s/ John K. Vincent
                                    JOHN K. VINCENT
                                    Assistant U.S. Attorney

O R D E R

In view of the instant motion, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the indictment in the above-captioned action against defendant KAREN BREDICE is hereby dismissed and that bond, if any, is hereby exonerated.

Dated: July 20, 2009

                                  GARLAND E. BURRELL, JR.
                                  United States District Judge